FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVEN F. WIKER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S.A.A. CASUALTY INSURANCE CO., a Texas corporation, and UNITED SERVICES AUTOMOBILE ASSOCIATION, a Texas intrainsurance exchange doing business in the State of Washington,<br><br>    Defendants. | No. 2:20-CV-00332-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulation and Order of Dismissal, ECF No. 13. The motion was considered without oral argument. The parties agree and stipulate that this case be dismissed without prejudice and without costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Court grants the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation and Order of Dismissal, ECF No. 13, is **ACCEPTED** and **ENTERED INTO THE RECORD**.

2. The above-captioned case is **DISMISSED**.

**ORDER DISMISSING CASE** * 1

3. The trial and pretrial conference in the above-captioned matter are **STRICKEN**.

4. Any pending deadlines are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **CLOSE** the case.

**DATED** this 17th day of February 2021.



                    Stanley A. Bastian
            Chief United States District Judge

**ORDER DISMISSING CASE * 2**